# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-693
Lower Tribunal No. 19-CF-017093

_____

BRANDI VANESSA HURD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Nicholas R. Thompson, Judge.

December 19, 2023

PER CURIAM.

AFFIRMED.

WOZNIAK, MIZE and BROWNLEE, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, Jeffrey Sullivan, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED